UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PETER LUEBKE,
individually and on behalf of
all others similarly situated,

      Plaintiff,               CASE NO. 17-cv-969

   v.

WISCONSIN ELECTRIC POWER COMPANY d/b/a
WE ENERGIES,

      Defendant.

# ORDER

Based on the stipulation of the parties (ECF No. 29), the scheduling order is amended as follows:

a. January 29, 2018 – Deadline to Amend Pleadings;

b. June 1, 2018 – Plaintiff shall disclose any expert witnesses, with a resume and report consistent with Rule 26(a)(2);

c. July 1, 2018 – Defendant shall disclose any expert witnesses, with a resume and report consistent with Rule 26(a)(2);

d. September 1, 2018 – Plaintiff's motion for class certification and Defendant's motion for decertification;

e. January 1, 2019 – all discovery shall be completed; and

f. March 1, 2019 – any dispositive motions shall be served and filed.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 22nd day of January, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge