# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PETER LUEBKE,
individually, and on behalf of
all other similarly situated,

                Plaintiff,

            v.                                Case No. 17-CV-969

WISCONSIN ELECTRIC POWER COMPANY
d/b/a WE ENERGIES,

                Defendant.

## ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

Having reviewed the Parties' Joint Motion for Preliminary Approval of a Collective and Class Action Settlement (ECF No. 60) and its supporting documents,

**IT IS HEREBY ORDERED:**

1. The Parties' Settlement Agreement (ECF No. 65) is APPROVED as a fair, reasonable, and adequate resolution of disputed claims under the Fair Labor Standards Act ("FLSA") and applicable wage and hour laws as articulated in the Parties' Agreement;

2. The Parties' Joint Stipulation to Certify a Class Action Pursuant to Fed. R. Civ. P. 23 (ECF No. 61) is GRANTED;

3. Peter Luebke is APPOINTED as the Rule 23 Classes and Collective Classes Representative for purposes of this settlement;

4. Hawks Quindel, S.C. is APPOINTED as the Classes' Counsel pursuant to Fed. R. Civ. P. 23(g);

5. The Parties' Notice of Class Action Settlement and the Consent in the form of Exhibit B to the Settlement Agreement (ECF No. 60-3) is APPROVED for distribution to all putative members of the Rule 23 Classes and provision of the Notice of Class Action Settlement by mail is APPROVED as valid, due, and sufficient notice to Rule 23 Classes' Members;

6. Any of Rule 23 Classes' members who wish to exclude him/herself from the Parties' settlement of state and/or local law claims as defined in the Agreement SHALL EXCLUDE him/herself per the instructions set forth in the Notice within thirty (30) days of the mailing of the Notice;

7. Any of the Rule 23 Classes' members who do not exclude him/herself accordingly SHALL BE BOUND by the Court's Final Order Approving Settlement;

8. Any of the Rule 23 Classes' members who wish to object in any way to the proposed Settlement Agreement SHALL FILE AND SERVE such written objections per the instructions set forth in the Notice no later than thirty (30) days

after the mailing of the Notice, together with copies of all papers in support of his or her position.

9. Class Counsel SHALL FILE a Motion for Approval of Attorneys' Fees and Costs by January 22, 2019;

10. This Court SHALL DETERMINE at the Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated at Milwaukee, Wisconsin this 8th day of November, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge