IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PETER LUEBKE,
individually, and on behalf of
all others similarly situated,

      Plaintiff,               CASE NO. 17-cv-969-WED

    v.

WISCONSIN ELECTRIC POWER COMPANY d/b/a
WE ENERGIES,

      Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL

Plaintiff Peter Luebke ("Plaintiff"), on behalf of himself and the certified Rule 23 Plant Electrician Class Members, Rule 23 Hourly Employee Class Members, Collective Plant Electrician Class Members, and Collective Hourly Employee Class Members (collectively Class Members), pursuant to Rule 23, hereby respectfully requests the Court fully and finally approve the Amended Settlement Agreement in this matter. Defendant does not oppose this motion.

1.     The Parties reached a settlement agreement to resolve Plaintiff's claims on a class-wide basis.

2.     On November 8, 2018, the Court entered an Order Granting Preliminary Approval of the Amended Settlement Agreement, which found the settlement agreement was fair, reasonable, and adequate, certified the Classes

pursuant to Rule 23, approved the form and content of the Notice sent to Class Members, and set the fairness hearing. (ECF No. 66.)

3. The Parties agreed to, and filed with the Court for approval, an Amended Settlement Agreement which the Court approved as fair, reasonable, and adequate on December 28, 2018. (ECF No. 69.)

4. Currently pending before the Court is Plaintiff's motion for an award of attorneys' fees and costs.

5. As the notice periods have closed, there have been no objectors, nor excluders, Plaintiff moves the Court for final approval and respectfully requests the Court enter the proposed order filed with this motion.

Dated this 8th day of February 2019.

> Respectfully submitted,
>
> *s/ Larry A. Johnson*
> Larry A. Johnson
> Bar Number 1056619
> Summer Murshid
> Bar Number 1075404
> Timothy Maynard
> Bar Number 1080953
>
> **Hawks Quindel, S.C.**
> 222 East Erie, Suite 210
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Telephone: 414-271-8650
> Fax: 414-271-8442
> E-mail:  ljohnson@hq-law.com
>                smurshid@hq-law.com
>                tmaynard@hq-law.com
>
> Class Counsel