# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

PETER LUEBKE,
**Individually, and on behalf of**
**all other similarly situated,**

      **Plaintiff,**

   **v.**             **Case No. 17-CV-969**

**WISCONSIN ELECTRIC POWER COMPANY**
**d/b/a WE ENERGIES,**

      **Defendant.**

☒ **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED:**

1. In accordance with Fed. R. Civ. P. 23, the Class in this matter is defined as:

    a. Peter Luebke, the certified Rule 23 Plant Electrician Class Members, Rule 23 Hourly Employee Class Members, Collective Plant Electrician Class Members, and Collective Hourly Employee Class Members who have not excluded themselves

2. Class representative Peter Luebke shall receive a service award of $25,000.00.

3. Defendant shall pay the total amount of $4,236,231.10, inclusive of attorneys' fees; Class Counsel shall receive 33.33% of the common fund, $1,412,077.00 as reasonable attorneys' fees and $6,387.39 as reasonable costs.

4. This case is **DISMISSED** with prejudice and releases.

Date: February 13, 2019

        Stephen C. Dries, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, s/Mary Murawski
        Approved this 13th day of February, 2019.

        WILLIAM E. DUFFIN
        United States Magistrate Judge